UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHEAN SATGUNAM, M.D.,<br>　　　　　　Plaintiff,<br><br>-v-<br><br>MICHAEL KILEY, et al.,<br>　　　　　　Defendants. | No. 1:19-cv-886<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:　November 12, 2020　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge